Time Records: October 1 - October 31, 2011
*J.R. vs. Hansen*
Case No. 4:11-cv-00417-WS-WCS

| Date | | Activity Code | Activity | Billable | Non-Charge |
|---|---|---|---|---|---|
| 10/31/2011 | Sleasman, Peter | 2c Review Pleadings | Review court's case management report | 0.10 | 0.00 |
| 10/28/2011 | DeBriere, Katy | 5 Draft or Review Document or Report | add PPS edits to Initial Disclosures re: names of witnesses and documents produced. | 0.40 | 0.00 |
| 10/28/2011 | Sleasman, Peter | 7b Discovery - Review Responses | Review Defendants initial disclosures | 0.20 | 0.00 |
| 10/26/2011 | Sleasman, Peter | 7a Discovery - Draft Requests | Review and edit initial disclosures | 0.30 | 0.00 |
| 10/25/2011 | DeBriere, Katy | 2a Review Document | think through and list all potential witnesses for initial disclosures (.1); skim through client documents to find relevant docs to disclose (.6). | 0.70 | 0.00 |
| 10/25/2011 | DeBriere, Katy | 2a Review Document | read thru WSC notes to determine which portions were relevant and needed to be disclosed as part of initial disclosures. | 0.20 | 0.00 |
| 10/25/2011 | DeBriere, Katy | 6 Draft Memo or Pleading | draft initial disclosures | 0.40 | 0.00 |
| 10/19/2011 | DeBriere, Katy | 6 Draft Memo or Pleading | add PPS edits to draft CMR | 0.10 | 0.00 |
| 10/19/2011 | Sleasman, Peter | 6 Draft Memo or Pleading | Review and edit draft case management report | 0.40 | 0.00 |
| 10/14/2011 | Sleasman, Peter | 10 Call w/ opposing counsel | Conference call with KJD and opposing counsel about case management report | 0.20 | 0.00 |
| 10/14/2011 | DeBriere, Katy | 10 Call w/ opposing counsel | confer with opposing counsel and PPS about draft CMR pursuant to 26(f) | 0.20 | 0.00 |
| 10/12/2011 | Deak, Kristina | 2a Review Document | Process receipt of electronic pleading. | 0.10 | 0.00 |
| 10/10/2011 | DeBriere, Katy | 6 Draft Memo or Pleading | finalize P's motion to proceed anonymously. | 0.30 | 0.00 |
| 10/7/2011 | Deak, Kristina | 2a Review Document | Process receipt of electronic pleadings. | 0.20 | 0.00 |
| 10/6/2011 | Lentz, Kristen | 2c Review Pleadings | Edited response to MTD | 1.10 | 0.00 |
| 10/6/2011 | Sleasman, Peter | 6 Draft Memo or Pleading | Review CMJ & KCL's edits to response to MTD and incorporate edits | 1.80 | 0.00 |
| 10/5/2011 | Sleasman, Peter | 6 Draft Memo or Pleading | Continue revisions to response to MTD, additional research on due process claims for response | 2.50 | 0.00 |

Time Records: October 1 - October 31, 2011
*J.R. vs. Hansen*
Case No. 4:11-cv-00417-WS-WCS

| Date | | Activity Code | Activity | Billable | Non-Charge |
|---|---|---|---|---|---|
| 10/5/2011 | Sleasman, Peter | 3 Research | Confer with KJD on research regarding "facial" challenges | 0.10 | 0.00 |
| 10/5/2011 | DeBriere, Katy | 6 Draft Memo or Pleading | continue to draft response to MTD - draft argument responding to failure to plead facial challenge | 1.80 | 0.00 |
| 10/5/2011 | Lentz, Kristen | 3 Research | Researched right to counsel in commitment proceedings, basis for right to counsel re: resp to MTD | 1.60 | 0.00 |
| 10/5/2011 | DeBriere, Katy | 3 Research | research whether omission constitutes a facial versus as-applied challenge (1.20); review research from Nicole Safker about whether right to a counsel attaches (.10); confer with PPS about research findings (.10) | 1.40 | 0.00 |
| 10/5/2011 | DeBriere, Katy | 3 Research | Research whether have to plead anything specifying that plaintiff's constitutional challenge is "as-applied" versus "facial" | 1.10 | 0.00 |
| 10/4/2011 | Sleasman, Peter | 6 Draft Memo or Pleading | Revise JR response to motion to dismiss | 4.20 | 0.00 |
| 10/2/2011 | DeBriere, Katy | 6 Draft Memo or Pleading | continue to draft response to MTD - response to D's arguments about the procedures already afforded means that add'l procedures will be negligible. | 1.40 | 0.00 |
| 10/2/2011 | DeBriere, Katy | 6 Draft Memo or Pleading | continue to draft response to MTD - read through whole document and make fine-line edits and add some citations (1.0); email PPS question about ripeness (.10). | 1.10 | 0.00 |
| 10/2/2011 | DeBriere, Katy | 2c Review Pleadings | reread MTD and outline D's basic arguments | 0.30 | 0.00 |

Time Records: October 1 - October 31, 2011
*J.R. vs. Hansen*
Case No. 4:11-cv-00417-WS-WCS

| Date | | Activity Code | Activity | Billable | Non-Charge |
|---|---|---|---|---|---|
| 10/2/2011 | DeBriere, Katy | 6 Draft Memo or Pleading | continue to draft response to MTD - reorganize arguments to integrate the periodic review cases into the Mathews analysis (.5); reorganize and continue to address D's arguments in the "erroneous deprivation" section. | 1.70 | 0.00 |
| 10/2/2011 | DeBriere, Katy | 6 Draft Memo or Pleading | continue to draft response to MTD - read through for clarity and check to see whether respond to all of D's arguments. | 0.50 | 0.00 |
| 10/2/2011 | DeBriere, Katy | 6 Draft Memo or Pleading | continue to draft response to MTD -- discussion of commitment procedures for adults with MI | 0.80 | 0.00 |
| 10/2/2011 | DeBriere, Katy | 6 Draft Memo or Pleading | continue to draft response to MTD - portion on DD and ability to respond to txt or training. | 0.50 | 0.00 |
| 10/2/2011 | DeBriere, Katy | 6 Draft Memo or Pleading | continue to draft response to MTD - add Mathews and Fasulo citations | 0.20 | 0.00 |
| 10/2/2011 | DeBriere, Katy | 6 Draft Memo or Pleading | continue to draft response to MTD - read through for clarity | 0.50 | 0.00 |
| 10/2/2011 | DeBriere, Katy | 6 Draft Memo or Pleading | continue to draft response to MTD - response to D's argument about availability of habeas with *Williams v. Wallis* case. | 0.60 | 0.00 |
| 10/2/2011 | DeBriere, Katy | 6 Draft Memo or Pleading | continue to draft response to MTD - read through and add-in missing citations. | 0.80 | 0.00 |
| 10/1/2011 | DeBriere, Katy | 6 Draft Memo or Pleading | draft response to MTD - reorganize argument by adding in Mathews analysis | 1.40 | 0.00 |
| 10/1/2011 | DeBriere, Katy | 6 Draft Memo or Pleading | continue to draft response to MTD: FIHR 6 on-point cases, apply to the cases to Plaintiff, and begin to distinguish D's arguments | 0.60 | 0.00 |
| 10/1/2011 | DeBriere, Katy | 6 Draft Memo or Pleading | continue to draft response to MTD - write FIHRS of the 6 most on-point cases | 1.50 | 0.00 |

Time Records: October 1 - October 31, 2011
*J.R. vs. Hansen*
Case No. 4:11-cv-00417-WS-WCS

| Date | | Activity Code | Activity | Billable | Non-Charge |
|---|---|---|---|---|---|
| 10/1/2011 | DeBriere, Katy | 6 Draft Memo or Pleading | draft response to MTD - continue to reorganize and draft majority of language for the 3 prongs of the Mathews analysis | 2.60 | 0.00 |
| 10/1/2011 | DeBriere, Katy | 3 Research | read through D/P research to pull out elements of Mathews analysis under circumstance where person is involuntarily committed | 2.30 | 0.00 |
| | | | | **36.20** | **0.00** |